FILED
U.S. DISTRICT COURT
2012 JAN 30 AM 11:34
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MEGAN HOLMES, INDIVIDUALLY )
AND AS ADMINISTRATOR OF THE )
ESTATE OF CATHY JO HOLMES )
) CV 211-111
v. )
)
JOSEPH PARKER, INDIVIDUALLY, )
UNITED STATES, AND MARGARET'S )
KEYS, LLC )

# ORDER

Reid Zeh, attorney for Defendant Margaret's Keys, LLC has filed a motion for leave to withdraw as counsel of record pursuant to Local Rule 83.7. After careful consideration, the motion is hereby GRANTED.

Defendant Margaret's Keys, LLC is a corporation. A corporation is an artificial entity and may appear in federal court only through licensed counsel. See 28 U.S.C. § 1654; Rowland v. Cal Mens Colony, 506 U.S. 194, 202 (1993) Defendant Margaret's Keys, LLC is hereby ordered to retain counsel, and said counsel is to file an appearance to represent Defendant with the Court within (30) days from the date of entry of this Order. Failure to do so may result in default and dismissal of the lawsuit. Mr. Zeh, lead counsel for Plaintiff, is hereby ordered to provide a copy of this order to Defendant Margaret's Keys, LLC and to provide the Court with a current address for the Defendant within ten

(10) days of this order.

**SO ORDERED**, this 30 day of January, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA