# United States District Court
## *Southern District of Georgia*

MEGAN HOLMES, Individually and as Administrator of the
Estate of Cathy Jo Holmes

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 211-111

MARGARET'S KEY, LLC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered August 20, 2014, Entry of Default is hereby entered in favor of the Plaintiff and against the Defendant, MARGARET'S KEY, LLC, in the amount of $1,500,000 in damages and $500,000 in fees and expenses for a total of $2,000,000, its cost of this action and all interest shall accrue hereafter as provided by law.

Approved by: _____
Chief Judge Lisa Godbey Wood

Date: August 22, 2014

Scott Poff
Clerk

(By) Deputy Clerk